Robert S. Wagner, OSB #84411
Stan LeGore, OSB #94369
MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, OR 97210-3408
Telephone: (503) 299-6116
Facsimile: (503) 299-6106
E-mail: rsw@miller-wagner.com

    Of Attorneys for Defendant Pat Merina

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL HUDGINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF ALBANY, PAT MERINA, DON ) <br> O'MALLEY, PHIL McLAIN, JOE W. ) <br> SIMON, ) <br> ) <br> Defendants. ) <br> ) | Case No. CV 02-6040-TC <br><br> DEFENDANT PAT MERINA'S SECOND SUPPLEMENTAL WITNESS LIST |

    12.    **Hughes, Ross**. Ross Hughes was a Captain and part of Merina's management staff. Hughes will testify about his participation in the Sergeant Promotion process that occurred in 1999-2000, and about his observations of that process and its impartiality. He will also testify about plaintiff's conduct, and about appropriate conduct for police officers, particularly relating to matters of insubordination.

/ / /

/ / /

/ / /

/ / /

Page 1 -   DEFENDANT PAT MERINA'S SECOND SUPPLEMENTAL WITNESS LIST

MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116

Hughes will also testify about his investigation of the 1995 incident involving Sergeant Dale White and Rollins, a juvenile who was temporarily held in custody at the Albany Police Department.

DATED this 17th day of September, 2004.

                                MILLER & WAGNER LLP


By: /s/ Stan LeGore
     Stan LeGore, OSB #94369
     Of Attorneys for Defendant
     Pat Merina

Trial Attorney:
Robert S. Wagner, OSB #84411

Page 2 -   DEFENDANT PAT MERINA'S SECOND SUPPLEMENTAL WITNESS LIST

**MILLER & WAGNER** LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2004, I served the foregoing DEFENDANT PAT MERINA'S SECOND SUPPLEMENTAL WITNESS LIST, on the following parties at the following addresses:

> Martha Lee Walters
> Walters Romm Chanti & Dickens, P.C.
> Attorneys at Law
> 245 East 4th Avenue
> Eugene, OR  97401-2429
> mwalters@wrcdlaw.com
>
> James P. Martin
> Kimberlee C. Morrow
> Hoffman, Hart & Wagner
> Attorneys at Law
> 20th Floor
> 1000 S.W. Broadway
> Portland, OR  97205
> jpm@hhw.com
> kcm@hhw.com

by CM/ECF and mailing to them a true and correct copy thereof, certified by me as such, placed in a sealed envelope addressed to them at the addresses set forth above, and deposited in the U.S. Post Office at Portland, Oregon, on said day with postage prepaid.

      /s/ Stan LeGore
      Stan LeGore

Page 3 -   CERTIFICATE OF SERVICE

MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116