UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

MICHAEL HUDGINS,,

                    Plaintiff,

         v.                                    Case No. 02-6040-TC

CITY OF ALBANY, et al.,

                    Defendants.

## ORDER TO RETAIN CUSTODY OF EXHIBITS

IT IS ORDERED that at the conclusion of the trial, counsel for the parties retain custody of their respective exhibits until such time as all need for the exhibits has terminated.

Dated: May __3__, 2005.

                                                                            _/s/_____
                                                                  United States Magistrate Judge

SO STIPULATED.

Dated: May __3__, 2005.

_____
Attorney for Plaintiff

_____
Attorney for Defendants

**ORDER TO RETAIN CUSTODY OF EXHIBITS**