James P. Martin, OSB No. 81306
E-mail:        jpm@hhw.com
Kimberlee C. Morrow, OSB No. 83028
Email:         kcm@hhw.com
HOFFMAN, HART & WAGNER, LLP
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone:     (503) 222-4499
Facsimile:     (503) 222-2301

    <u>Of Attorneys for City of Albany, Don O'Malley, Phil McLain, Joe W. Simon,
Dale White, Steve Corder, and Ryon McHuron.</u>

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

MICHAEL HUDGINS,

            Plaintiff,

    v.

CITY OF ALBANY, PAT MERINA, DON
O'MALLEY, PHIL McLAIN, and JOE W.
SIMON,

            Defendants.

Case No. CV-02-6040-TC

DEFENDANT CITY OF ALBANY'S
MOTION TO REDUCE AMOUNT OF
JUDGMENT PURSUANT TO OR. REV.
STAT. 30.270(1)(B) AND 42 U.S.C. §
1981a(B)(3)(C)

### L.R. 7.1 CERTIFICATION

    Pursuant to L.R. 7.1, counsel for defendant City of Albany certifies that she has made a good faith effort to resolve the issues in dispute with plaIntiff's counsel, and has been unable to do so.

### MOTION

    Pursuant to Fed. R. Civ. Pro 59(e), defendant City of Albany ("the City") moves the court for an order reducing the judgment as follows:

Page 1 -    DEFENDANT CITY OF ALBANY'S MOTION TO
REDUCE AMOUNT OF JUDGMENT PURSUANT
TO OR. REV. STAT. 30.270(1)(B) AND 42 U.S.C.
§ 1981a(B)(3)(C)

HOFFMAN, HART & WAGNER LLP
Attorneys at Law
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone (503) 222-4499

1.    Reducing the damages awarded in verdict 6B (Title VII and Or. Rev. Stat. 659A.030;
retaliation for reporting discrimination) to $492,000 pursuant to 42 USC § 1981a(b)(3)(C), Or.
Rev. Stat. 30.270(1)(b) and Or. Rev. Stat. 659A.885.

2.    Reducing the damages awarded in verdicts 6C - E (retaliation by a public entity for
whistleblowing in violation of Or. Rev. Stat. 659A.203; retaliation for reporting criminal activity
in violation of Or. Rev. Stat. 659A.230; intentional infliction of emotional distress) to $200,000
pursuant to Or. Rev. Stat. 30.270(1)(b) and Or. Rev. Stat. 659A.885.

This motion is supported by the pleadings on file in this case, the attached separately-filed
memorandum of law, and the attached separately filed affidavit of David Shaw.

DATED this ___3rd___ day of June 2005.

HOFFMAN, HART & WAGNER, LLP

By:  _____
     James P. Martin, OSB No. 81306
     Kimberlee C. Morrow, OSB No. 83028
     Of Attorneys for City of Albany, Don O'Malley,
     Phil McLain, Joe W. Simon, Dale White,
     Steve Corder, and Ryon McHuron.

Page 2 -     DEFENDANT CITY OF ALBANY'S MOTION TO
             REDUCE AMOUNT OF JUDGMENT PURSUANT
             TO OR. REV. STAT. 30.270(1)(B) AND 42 U.S.C.
             § 1981a(B)(3)(C)

HOFFMAN, HART & WAGNER LLP
Attorneys at Law
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone (503) 222-4499

CERTIFICATE OF SERVICE

I hereby certify that on the 2ⁿᵈ day of June, 2005, I served the foregoing DEFENDANT

CITY OF ALBANY'S MOTION TO REDUCE AMOUNT OF JUDGMENT PURSUANT TO

OR. REV. STAT. 30.270(1)(B) AND 42 U.S.C. § 1981a(B)(3)(C), on the following parties at the

following addresses:

> Martha Walters
> Charles M. Zennaché
> Walters Romm Chanti & Dickens PC
> 245 E 4th AVE
> Eugene, OR 97401
>
> Robert Wagner
> Miller & Wagner
> 2210 NW Flanders ST
> Portland, OR 97210

by mailing to them a true and correct copy thereof, certified by me as such, placed in sealed

envelopes addressed to them at the addresses set forth above, and deposited in the U.S. Post

Office at Portland, Oregon on said day with postage prepaid.


_____
Kimberlee C. Morrow


Page 1 -    CERTIFICATE OF SERVICE

HOFFMAN, HART & WAGNER LLP
Attorneys at Law
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone (503) 222-4499