IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| MICHAEL HUDGINS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 02-6040-TC |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CITY OF ALBANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COFFIN, Magistrate Judge.

Defendant City of Albany has filed a motion (#364) to reduce the judgment in this case to reflect various statutory caps on the damages awarded on some of his claims. However, the court notes that there is but one judgment in this case, and that plaintiff's § 1983 claims independently support it in its full amount. Thus, until there is cause to undermine plaintiff's verdict on the merits

///

///

1 - ORDER

or award of damages on his § 1983 claims, the motion is not ripe for consideration. As such, it is denied without prejudice to refile at a later date.

DATED this 28 day of June, 2005.

                                                                     Thomas M. Coffin
                                                                     United States Magistrate Judge